THOMAS E. MOSS
UNITED STATES ATTORNEY
GEORGE W. BREITSAMETER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 82712-9903
(208) 334-1211

**U.S. COURTS**

**JAN 12 2010**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER R. GEORGESON,<br><br>Defendant. | CR 10-0018-S BLW<br><br>INFORMATION<br><br>Vio. 18 U.S.C. § 1343 |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>

**Wire Fraud**
**(Vio. 18 U.S.C. § 1343)**

A.  <u>Introduction</u>

   At all times material to this Information:

   1.   That CHRISTOPHER R. GEORGESON resided in Ada County, Idaho.

INFORMATION - 1

2. That American Home Mortgage was a mortgage lender.

B. Scheme and Artifice to Defraud

3. That from on or about September 2002, continuing to on or about November 2006, in the District of Idaho, the defendant CHRISTOPHER R. GEORGESON devised and intended to devise a scheme and artifice to defraud as to material matters and to obtain money and property by means of material false and fraudulent pretenses, representations and promises from mortgage lenders, including American Home Mortgage.

4. It was part of the scheme that CHRISTOPHER R. GEORGESON submitted false and fraudulent loan applications to mortgage lenders, including American Home Mortgage, wherein he appeared to have sufficient credit worthiness to support said loans when, in truth and in fact, he did not have the financial ability to repay the monies.

5. It was further part of the scheme that on or about November 21, 2006, CHRISTOPHER R. GEORGESON submitted a residential loan application to American Home Mortgage to obtain refinancing on a residential loan in the amount of $292,000.00.

6. It was further part of the scheme that on the aforesaid residential loan application CHRISTOPHER R. GEORGESON misrepresented he had rental income of $2,300.00 per month, which he received from the rental of two properties, when, in fact, he had no rental income.

7. It was further part of the scheme that on the aforesaid residential loan application CHRISTOPHER R. GEORGESON misrepresented he had monthly income in the amount of $41,666.67 per month when, in truth and in fact, the defendant had total monthly gross income of approximately $8,000.00.

8. It was further part of the scheme that between September 2002 and November 2006, CHRISTOPHER R. GEORGESON caused mortgage lenders, including American Home Mortgage,

*INFORMATION - 2*

to fund eight (8) fraudulent residential loans with a total approximate value of $1.3 million dollars. As a result of said fraudulent loan scheme, mortgage lenders incurred a loss in excess of approximately $350,000.00.

C. Execution of the Scheme

9. On or about November 30, 2006, in the District of Idaho, the defendant, CHRISTOPHER R. GEORGESON, for the purpose of executing and attempting to execute the scheme and artifice, did knowingly execute the scheme to defraud as to material matters, and to obtain moneys and property owned by or under the custody or control of American Home Mortgage by means of material false and fraudulent pretenses, representations and promises, on the afore-described $292,000.00 residential loan by then and there causing American Home Mortgage to fund the loan through an interstate wire transfer of funds in said amount to a title company located in the District of Idaho; all in violation of Title 18, United States Code, Section 1343.

DATED this 11th day of January, 2010.

THOMAS E. MOSS
United States Attorney

_____
George W. Breitsameter
Assistant United States Attorney

INFORMATION - 3